IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES

V.                              CRIMINAL ACTION NO. 3:14-cr-91-DCB-LGI

BOOKER TARVIN                                              DEFENDANT

### ORDER

THIS MATTER comes before the Court, sua sponte, on Booker Tarvin ("Defendant")'s Motion to Reconsider Order Denying Sentence Reduction Under Sentencing Guidelines Amendment 821 – Part A ("Motion"). [ECF No. 123]. The Court, upon its own motion, entered an Order [ECF No. 120] on December 5, 2023 denying any reduction to Defendant's sentence under the retroactive application of Amendment 821 of the Federal Guidelines Manual. Defendant filed the Motion on December 6, 2023 requesting the Court to reconsider the Order. [ECF No. 123]. The Court, having examined the Motion, believes it to be prudent to allow the Government to respond prior to ruling on the Motion.

Accordingly,

IT IS THEREFORE ORDERED that the Government shall respond to Defendant's Motion [ECF No. 123] on or before December 21, 2023. Defendant shall have seven (7) days to reply from the date of the Government's response.

SO ORDERED, this 7th day of December, 2023.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE